IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PERLA GARCIA<br>*Plaintiff* | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 23-cv-55 |
| VS. | §<br>§ | |
| WONDERFUL SALES LLC<br>*Defendant* | §<br>§ | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, Wonderful Sales LLC, named Defendant in the above styled and numbered matter, and files this Notice of Removal of the present cause from the 370th Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and would respectfully show unto the Court as follows:

**I.
INTRODUCTION**

1.  On December 16, 2022, Plaintiff filed her Original Petition in the 370th Judicial District Court of Hidalgo County, Texas, naming Wonderful Sales LLC (erroneously referenced as "Wonderful Sales, L.L.C.") as Defendant, styled *Perla Garcia v. Wonderful Sales, L.L.C.* under Cause Number C-4851-22-G. A copy of Plaintiff's Original Petition is attached to this Notice.

{3353233.2}

## II.
## NATURE OF THE SUIT

2.  In Plaintiff's Original Petition, Plaintiff Perla Garcia alleges that she has been the subject of unlawful discrimination due to her race, sex, and national origin, and workplace retaliation for voicing a complaint of discrimination. Plaintiff brings claims against the Defendant under 29 U.S.C. §626(b), 42 U.S.C. §2000e-5(g), and 42 U.S.C. §2000e-5(k) and seeks monetary relief in excess of $200,000. *See Plaintiff's Original Petition, p. 1*.

## III.
## CITIZENSHIP OF THE PARTIES

3.  Plaintiff is a resident and citizen of Texas.

4.  Wonderful Sales LLC is a limited liability company formed under the laws of Delaware.  As a limited liability company, Wonderful Sales LLC is a citizen of all states in which each of its members is a citizen. *See Lindley Contours, LLC v. AABB Fitness Holdings*, Inc., 414 F. App'x 62, 64 (9th Cir. 2011).  Wonderful Sales LLC's sole member is Wonderful Holdings LLC, and Wonderful Holdings LLC's sole member is The Wonderful Company LLC.  The Wonderful Company LLC, in turn, has two members: Wonderful Legacy Inc. and the Stewart and Lynda Resnick Revocable Trust dated December 27, 1988, as amended (the "Trust").  Wonderful Legacy Inc. was incorporated in Delaware, with its principal place of business in California. With respect to the Trust, Stewart A. Resnick and Lynda R. Resnick (the "Resnicks") are the grantors, trustees, and beneficiaries.  The Trust has no other members. The Resnicks are domiciled in California, as they have been living in Los Angeles, California, for decades, and intend to continue living there indefinitely. Thus, Defendant Wonderful Sales LLC is a citizen of California and Delaware.

{3353233.2}

## IV.
## BASIS FOR REMOVAL JURISDICTION

5. Pursuant to 28 U.S.C. § 1441(a), this matter may be removed because the District Court has original jurisdiction over this action under 28 U.S.C. § 1332, in that the dispute is between citizens of different states because Defendant is not a citizen of Texas. Based upon the allegations in the Plaintiff's Original Petition, Plaintiff seeks compensatory damages, liquidated damages, attorney's fees, costs, and other relief as permitted by law, in excess of $200,000. *See Plaintiff's Original Petition, pp. 1, 4.* Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. This matter may also be removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441. *Carpenter v. Wichita Falls ISD*, 44 F.3d 362 (5th Cir. 1995). By Plaintiff's factual allegations and claims, it is clear the Plaintiff is alleging violation of federal statutes and seeking relief pursuant to 42 U.S.C. §2000e-5(g), and 42 U.S.C. §2000e-5(k). *See Plaintiff's Original Petition, p. 4.*

## V.
## THIS NOTICE IS PROCEDURALLY CORRECT

7. Defendant's removal is timely because it is filed within thirty days after the Defendant was served via a registered agent. 28 U.S.C. § 1446. Plaintiff commenced this lawsuit by filing her Original Petition on December 16, 2022, and Defendant was served with the Original Petition on or about January 23, 2023, through the registered agent for Defendant.

8. Removal to this Court is proper because the action is currently pending in the 370th Judicial District Court of Hidalgo County, Texas, which falls within this Court's district and division. 28 U.S.C. § 1446(a).

{3353233.2}

9. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Clerk of the 370th Judicial District Court of Hidalgo County, Texas, in accordance with 28 U.S.C. § 1446(d).

10. In accordance with Local Rule 81, an index of the items being filed is attached to this Notice, along with true and correct copies of the docket sheet, and all process, pleadings, and orders served on the Defendant in the action pending in the 370th Judicial District Court of Hidalgo County, Texas, and a list of all parties and their counsel of record.

WHEREFORE, the Defendant Wonderful Sales LLC respectfully submits, based upon the allegations set forth in this Notice of Removal, that this action is properly removed and requests that this Court retain jurisdiction over this action.

Dated: February 10, 2023

Respectfully submitted,

By: */s/ Heather Scott*_____
  Heather Scott
  State Bar No. 24046809
  USDC Adm. No. 575294
  GUERRA & SABO, P.L.L.C.
  10123 N. 10th Street
  McAllen, Texas 78504
  Telephone: (956) 541-1846
  Facsimile: (956) 541-1893
  Email: hscott@guerrasabo.com

  Jenna W. Logoluso *(pro hac vice pending)*
  Cal. Bar No. 266685
  Lauren E. Babst *(pro hac vice pending)*
  Cal. Bar. No. 313156
  ROLL LAW GROUP PC
  11444 West Olympic Boulevard
  Los Angeles, California 90064-1557
  Telephone: (310) 966-8400
  Facsimile: (310) 966-8810
  Email: jenna.logoluso@roll.com
  lauren.babst@roll.com
  **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, the above and foregoing has been served on counsel of record as follows:

***Via Electronic Notice***
Ms. Katie Pearson Klein
Mr. William D. Mount, Jr.
DALE & KLEIN, L.L.P.
1100 E. Jasmine Ave., Ste. 202
McAllen, Texas 78501

                                                */s/ Heather Scott*
                                                  Heather Scott

{3353233.2}